FILED

SEP 2 8 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CANDACE MICHELE CRAVEN,<br><br>Defendant. | Case No.: 18cr4209-JLS<br><br>INFORMATION<br><br>Title 18, U.S.C., Section 1349 – Conspiracy to Commit Healthcare Fraud |

The United States charges that:

Beginning at least as early as January 2015 and continuing through at least July 2015, in the Southern District of California and elsewhere, defendant CANDACE MICHELE CRAVEN knowingly and intentionally conspired and agreed with others known and unknown to commit health care fraud in violation 18 U.S.C. § 1347; that is, to devise and to execute a scheme to defraud TRICARE, a health care benefit program affecting commerce, as defined in 18 U.S.C. § 24(b), and to obtain by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, TRICARE, in connection with the delivery of, and payment for, health care benefits and services, all in violation of 18 U.S.C. § 1349.

ADAM BRAVERMAN
United States Attorney

By: _____
MARK W. PLETCHER
BENJAMIN J. KATZ
Assistant U.S. Attorneys